19 F.3d 642
 Davis (Leonard), Price (Richard), Jones (Theodore)
v.
Southeastern Pennsylvania Transportation Authority,
Transport Workers' Union of Philadelphia, Local 234, General
Security, Green (Darren), Whitmore (Beverly), Mazzuca (Ralph
Steven), Henry (George C.), Amos, Sgt., Henry, Agent,
Ragland (R.), Badge No. 249, Patterson (S.), Badge No. 148,
Solecki (John), Roselli, Capt., Lombardo (Harry), Ropars (John, Jr.)
 NOS. 93-1554, 93-1691
 United States Court of Appeals,
Third Circuit.
 Feb 01, 1994
 
 Appeal From: E.D.Pa.,
 Fullam, J.
 
 
 1
 AFFIRMED.